UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANDY NGUYEN,<br><br>        Plaintiff,<br><br>     v.<br><br>LOUIS DEJOY,<br><br>        Defendant. | Case No. 21-cv-02851-NC<br><br>**ORDER DISMISSING COMPLAINT**<br><br>Re: ECF 20 |

On August 17, 2021, the Court granted Defendant Louis DeJoy's motion to dismiss Plaintiff Andy Nguyen's complaint, at ECF 1. ECF 20. The Court also granted Nguyen leave to file an amended complaint curing the deficiencies identified in the Court's order by September 17, 2021 and alerted him that if he did not file an amended complaint by September 17 the Court would dismiss the complaint. *See id.* In the parties' August 27, 2021, joint case management statement, Nguyen indicated that he intended to file an amended complaint by September 17. *See* ECF 22. As of October 6, 2021, Nguyen has not filed an amended complaint. Accordingly, pursuant to the August 17 Order, the Court dismisses the complaint, without prejudice

//

**IT IS SO ORDERED.**

Dated: October 6, 2021

_____

NATHANAEL M. COUSINS
United States Magistrate Judge